IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-1914-LTB-BNB

KEITH E. FRAZIER,

Plaintiff,

v.

ED JORDAN, Sheriff of Weld County, in his individual capacity,
DR. FLOWER, Weld County Centennial Jail Physician,
JANE DOE #1, Weld County Centennial Jail Dietician,
C.O. WYCOFF, Weld County Centennial Jail Correctional Officer,
JOHN DOES #3 through #9, Weld County Centennial Jail Personnel, and
THE MUNICIPALITY OF WELD COUNTY by and through THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF WELD,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for an Order Determining the Necessity of a Certificate of Review, Requesting an Extended Time Frame to Submit a Certificate of Review, if Necessary, and Showing Good Cause for Not Having Filed a Certificate of Review Thus Far** (the "Motion"), filed April 22, 2005. The Motion is in response to Defendant Thomas J. Flower, D.O.'s Motion to Dismiss for Lack of Certificate of Review, filed April 5, 2005. By separate Recommendation, I have recommended that Defendant Thomas J. Flower, D.O.'s Motion to Dismiss for Lack of Certificate of Review be denied. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated July 18, 2005.

BY THE COURT:

　/s/ Boyd N. Boland　
United States Magistrate Judge