FILED
UNITED STATES DISTRICT COURT
COLORADO

JUL 2 0 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01914-LTB-BNB

KEITH E. FRAZIER,

Plaintiff,

v.

ED JORDAN, Sheriff of Weld County, in his individual capacity,
DR. FLOWER, Weld County Centennial Jail Physician,
JANE DOE #1, Weld County Centennial Jail Dietician,
C.O. WYCOFF, Weld County Centennial Jail Correctional Officer,
JOHN DOES #3 through #9, Weld County Centennial Jail Personnel, and
THE MUNICIPALITY OF WELD COUNTY by and through THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF WELD,

Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

The plaintiff filed his Amended Prisoner Complaint (the "Complaint") on December 17,

2004. The Complaint named as defendants John Does #3 through #9. By separate Order, I have

permitted the plaintiff to identify John Doe #8 as Kenneth Leach, Weld County Centennial Jail

Corrections Officer, Weld County Centennial Jail, 910 10th Ave., Greeley, CO 80631. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from

defendant Leach. If unable to do so, the United States Marshal shall serve a copy of the

complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other

orders upon defendant Leach. If appropriate, the Marshal shall first attempt to obtain a waiver of

service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced

by the United States. It is

FURTHER ORDERED that defendant Leach or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated July 18, 2005.

BY THE COURT:

United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  04-cv-01914-LTB-BNB

Keith E. Frazier
Prisoner No. 114542
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

Bruce T. Barker
County Attorney's Office
Weld County
915 – 10th Street
PO Box 1948
Greeley, CO 80632

Phillip Burt Chupik
Cooper & Clough, P.C.
1512 Larimer Street, #600
Denver, CO 80202

Cyndy Giauque
District Attorney's Office
Weld County
915 - 10th Street
PO Box 1167
Greeley, CO 80632

US Marshal Service
Service Clerk
Service forms for: Kenneth Leach

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Kenneth Leach:  AMENDED COMPLAINT FILED 12/17/04, SUMMONS, AND CONSENT FORM  on  7/20/05 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Keith E. Frazier | 04-cv-01914-LTB-BNB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kenneth Leach, et al., | S/C |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kenneth Leach, Weld County Centennial Jail Corrections Officer

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
910 – 10th Ave., Greeley, CO 80631

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Keith E. Frazier # 114542<br>Kit Carson Corr. Center<br>PO Box 2000<br>Burlington, CO 80807 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 7/20/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**