**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01914-LTB-BNB

KEITH E. FRAZIER,
    Plaintiff,

v.

ED JORDAN, Sheriff of Weld County, in his individual capacity,
DR. FLOWER, Weld County Centennial Jail Physician,
JANE DOE #1, Weld County Centennial Jail Dietician,
C.O. WICOFF, Weld County Centennial Jail Correctional Officer,
JOHN DOES #3 through #9, Weld County Centennial Jail Personnel, and
THE MUNICIPALITY OF WELD COUNTY by and through THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD,
    Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendant Sheriff Ed Jordan's Motion for Leave to File One Day Late His Response to Plaintiff's Objections to Recommendation of United States Magistrate Judge (Doc 97 - filed August 25, 2005) is **GRANTED**.

    Defendant Board of County Commissioners of Weld County's Motion for Leave to File One Day Late Its Response to Plaintiff's Objections to Recommendation of United States Magistrate Judge (Doc 99 - filed August 25, 2005) is **GRANTED**.

Dated: August 29, 2005
_____