IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01914-LTB-BNB

KEITH E. FRAZIER,
    Plaintiff,

v.

ED JORDAN, Sheriff of Weld County, in his individual capacity,
DR. FLOWER, Weld County Centennial Jail Physician,
JANE DOE #1, Weld County Centennial Jail Dietician,
C.O. WYCOFF, Weld County Centennial Jail Correctional Officer,
JOHN DOES #3 through #9, Weld County Centennial Jail Personnel, and
THE MUNICIPALITY OF WELD COUNTY by and through THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD,
    Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge [Doc 81] issued and served on July 18, 2005 that: (1) Defendant Thomas J. Flower, D.O.'s Motion to Dismiss for Lack of Certificate of Review be denied; and (2) Defendant Thomas J. Flower, D.O.'s Motion to Dismiss be denied to the extent it seeks dismissal of the claim against him based on the statute of limitations and granted to the extent it seeks dismissal of the claim against him for failure to state a claim upon which relief may be granted. Plaintiff has filed timely written objections to the Magistrate Judge's recommendation for dismissal for failure to state a claim preserving his argument that the "continuing violations doctrine" be extended to this § 1983 action contrary to controlling Tenth Circuit authority. *See* Hunt v. Bennett, 17 F.3d 1263, 1265 (10th Cir. 1994). Defendant Flower has filed timely written objections to the Magistrate Judge's recommendation that his motion be denied for failure to file a certificate of review in compliance with Colorado State Law and

because the Magistrate Judge erroneously applied the doctrine of equitable tolling to Plaintiff's claim. This Defendant has also responded to the Plaintiff's objections.

I first find and conclude on *de novo* review that the recommendation is correct insofar as it recommends dismissal for failure to state a claim. On *de novo* review, I am not persuaded that C.R.S. 13-60-602 applies to this 42 U.S.C. § 1983 claim. For the reasons stated in my order on the Magistrate Judge's recommendations regarding the motion of Defendant Ed Jordan to dismiss, I further find and conclude on *de novo* review that the Magistrate Judge erred in his application of the doctrine of equitable tolling to the statute of limitations defense asserted by this Defendant.

Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's recommendation for denial of Defendant Thomas J. Flower, D.O.'s Motion to Dismiss for Lack of Certificate of Review is affirmed and this Defendant's objections denied;

2. Defendant Thomas J. Flower, D.O.'s Motion to Dismiss is GRANTED to the extent it seeks dismissal of the claim against him based on the statute of limitations; and

3. Defendant Thomas J. Flower, D.O.'s Motion to Dismiss is GRANTED to the extent it seeks dismissal of the claim against him for failure to state a claim upon which relief can be granted.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 31, 2005