IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01914-LTB-BNB

KEITH E. FRAZIER,
    Plaintiff,

v.

ED JORDAN, Sheriff of Weld County, in his individual capacity,
DR. FLOWER, Weld County Centennial Jail Physician,
JANE DOE #1, Weld County Centennial Jail Dietician,
C.O. WYCOFF, Weld County Centennial Jail Correctional Officer,
JOHN DOES #3 through #9, Weld County Centennial Jail Personnel, and
THE MUNICIPALITY OF WELD COUNTY by and through THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF WELD,
    Defendants.

_____

**ORDER**
_____

On September 1, 2005, this Court entered its Order directing the Plaintiff to show cause on or before September 15, 2005 why this action should not be dismissed without prejudice as to the remaining Defendants Jane Doe #1 and John Does #3 through #9. Plaintiff filed his response to the Show Cause Order on September 16, 2005.

I note that the Magistrate Judge entered an order on July 20, 2005 reflecting that Plaintiff had identified John Doe #8 as Kenneth Leach, Weld County Centennial Jail Corrections Officer, Weld County Centennial Jail, 910 - 10th Avenue, Greeley, Colorado 80631, and directing the Clerk of this Court to attempt to obtain a waiver of service from Defendant Leach. If unable to do so, the Order directed the United States Marshal to serve a copy of the complaint, summons, and order granting leave to proceed pursuant to

28 U.S.C. § 1915 and all other orders upon Defendant Leach. If appropriate, the Marshal was ordered to first obtain a waiver of service of these documents pursuant to F.R.Civ.P. 4(d). On September 20, 2005, by Minute Order, I granted Defendant Leach's Motion for Extension of Time to respond to Plaintiff's complaint. Accordingly, I conclude that the Plaintiff has shown cause as to why this action should not be dismissed without prejudice as to Defendant Leach. However, my review of Plaintiff's response to the Show Cause Order regarding the remaining Jane and John Doe Defendants fails to persuade me that Plaintiff has shown cause as to why the action should not be dismissed as to these Defendants. Accordingly

IT IS ORDERED that the above action is DISMISSED as to Defendant Jane Doe #1, John Does #3 through #7 and #9, dismissal being without prejudice.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: September 21, 2005