# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01914-LTB-BNB

KEITH E. FRAZIER,

    Plaintiff,

v.

KENNETH LEACH, Weld County Centennial Jail Correctional Officer,

    Defendants.

_____

# ORDER
_____

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland (Doc 132) issued and served on February 16, 2006. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that Plaintiff's Motion for Emergency Injunction (Doc 121, filed December 23, 2005); Letter to the Clerk of the Court (Doc 122, filed December 23, 2005); and Plaintiff's Motion for Emergency Injunction (Doc 127, filed January 11, 2006) are DENIED.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: March 13, 2006