IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01914-LTB-BNB

KEITH E. FRAZIER,

Plaintiff,

v.

ED JORDAN, Sheriff of Weld County, in his individual capacity,
DR. FLOWER, Weld County Centennial Jail Physician,
C.O. WYCOFF, Weld County Centennial Jail Correctional Officer,
KENNETH LEACH, Weld County Centennial Jail Personnel, and
THE MUNICIPALITY OF WELD COUNTY by and through THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF WELD,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Inquiry as to the Status of Defendant C.O. Kenneth Leach** [docket no. 135, filed April 18, 2006] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED: June 7, 2006