**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01914-LTB-BNB

KEITH E. FRAZIER,

    Plaintiff,

v.

KENNETH LEACH, Weld County Centennial Jail Correctional Officer,

    Defendants.
_____

**ORDER**
_____

This action is before me upon the recommendation of the Magistrate Judge that the Motion of Defendant Kenneth Leach to dismiss Plaintiff's Amended Prisoner Complaint filed October 3, 2005 be granted and the complaint be dismissed in its entirety. The Plaintiff has filed specific written objections to the Magistrate Judge's recommendation. Defendant Kenneth Leach has filed his response to the Plaintiff's objections. I have therefore reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendation is correct. Accordingly, having on August 31, 2005, dismissed all named Defendants except Kenneth Leach, and now being sufficiently advised

IT IS ORDERED that the Motion of Defendant Leach to Dismiss Plaintiff's Amended Complaint is GRANTED and the complaint is now DISMISSED in its entirety.

                                                       BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: July 18, 2006